# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jeffrey Allen Mohlman <br> *Plaintiff* <br> v. <br> Financial Industry Regulatory Authority et al <br> *Defendant* | ) ) ) ) ) Civil Action No. 3:19-cv-00154 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: ENTRY AND ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., SUSAN SCHROEDER, AND HEIDI BROWN, ECF 5, AND TERMINATING CASE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Dismiss.

Date: 2/27/2020

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk